Gloria Carevic, appellant, v. Guy A. Richardson et al., trading as Chicago Surface Lines, appellees. Gen. No. 37,963.

Heard in the first division of this court for the first district at the February term, 1935. ▮ Opinion filed May 6, 1935.

Joseph A. Weber, for appellant. Frank L. Kriete and Arthur J. Donovan, for appellees; John R. Guilliams, of counsel.

Mr. Justice Matchett delivered the opinion of the court.

The People of the State of Illinois, defendant in error, v. Joe Jutenas, plaintiff in error. Gen. No. 37,973.

Heard in the first division of this court for the first district at the February term, 1935. ▮ Opinion filed May 6, 1935.

Victor Frohlich, for plaintiff in error. Thomas J. Courtney, State's Attorney, for defendant in error; Edward E. Wilson, Henry E. Seyfarth and Amos P. Scruggs, Assistant State's Attorneys, of counsel.

Mr. Justice Matchett delivered the opinion of the court.

William L. O'Connell, appellant, v. John H. Taft et al., appellees. Gen. No. 38,004.

Heard in the first division of this court for the first district at the February term, 1935. ▮ Opinion filed May 6, 1935.

Markman, Donovan & Sullivan, for appellant; Charles E. Loy and Henry O. Nickel, of counsel. Frederick A. Brown, for certain appellee; G. Gale Roberson and David A. Canel, of counsel. Eugene P. Kealy, for certain other appellee.

Mr. Justice Matchett delivered the opinion of the court.